IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:11CR200 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE BELTRAN-BELTRAN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 26) is granted.

(2) Defendant Beltran-Beltran's sentencing is rescheduled to Tuesday, February 21, 2012, at 1:00 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The defendant's motion to restrict (filing 25) is granted.

Dated November 29, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge